**Michael Lee SWAIN, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.**

**WD 78283**

Missouri Court of Appeals, Western District.

ORDER FILED: July 28, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied September 1, 2015

Application for Transfer Denied November 24, 2015

Michael L. Swain, Appellant Pro Se.

Terrence M. Messonnier, Jefferson City, MO, for respondent.

Before Division Four: Alok Ahuja, Chief Judge, Presiding, Karen King Mitchell, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

Appellant contests the trial court's declaratory judgment as to the date of his eligibility for parole. Because we find no error in the trial court's judgment, we affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).